UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:19CR77 |
| | ) | |
| | ) | GOVERNMENT'S MOTION |
| v. | ) | TO EXTEND TIME TO |
| | ) | RESPOND TO DEFENDANT'S |
| FRANCISCO ESCAMILLA VILLA | ) | PRETRIAL MOTIONS |
| _____ | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, with a motion to extend the deadline for the government's responses to Defendant's supplemental briefs in support of his pretrial motions until December 18, 2019.

The government's responses to the motions are due on December 11, 2019. The United States requests that the government's response deadline to the Defendant's motions be set to December 18, 2019. Defense counsel has been consulted about this request and objects to any extension.

Defendant's supplemental motions were filed the day before a holiday and the following week the undersigned was engaged in trial prep and trial on the case of United States v. Vandevere, lasting until December 6, 2019. The undersigned had military duty on December 7 and 8. An additional seven days will allow the Government sufficient time to appropriately respond.

1

**RESPECTFULLY SUBMITTED**, this the 9th day of December, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

/S/ DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY
NC Bar #54463
U.S. Courthouse
100 Otis Street, Room 233
Asheville, NC 28801
(828) 271-4661
Email:david.thorneloe@usdoj.gov

2